1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD WHITE,                          Case No. 1:11-cv-00351 JLT (PC)

12            Plaintiff,                     ORDER TRANSFERRING CASE TO THE
                                            CENTRAL  DISTRICT OF CALIFORNIA
13        vs.

14   RAMOS,

15            Defendant.

16   _____/

17         Plaintiff is a state prisoner proceeding pro se.  On March 1, 2011, Plaintiff filed a complaint,

18   initiating this civil rights action pursuant to 42 U.S.C. § 1983.

19         The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

23   situated, or (3) a judicial district in which any defendant may be found, if there is no district in which

24   the action may otherwise be brought."  28 U.S.C. § 1391(b).

25         In this case, none of the defendants reside in this district.  Moreover, the events alleged in the

26   complaint occurred in San Bernadino County, which is within the jurisdiction of the Central District of

27   California.  This case should therefore have been filed in the United States District Court for the Central

28   District of California.

1

1     In the interest of justice, a federal court may transfer a complaint filed in the wrong district to

2  the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

3  Accordingly, it is **HEREBY ORDERED** that this matter is transferred to the United States District

4  Court for the Central District of California.

5

6  IT IS SO ORDERED.

7  Dated:   **March 4, 2011**                      **/s/ Jennifer L. Thurston**

                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28